IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 6:08-1946-HFF |
| Plaintiff, | ) | |
| vs. | ) | |
| GREGORY D. SIMMONS, | ) | |
| Defendant. | ) | |

DEFAULT JUDGMENT

It appears by the declaration of counsel for the plaintiff that the defendant, Gregory D. Simmons, has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure.

A default having been entered against the defendant and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration all in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Gregory D. Simmons, in the sum of:

| | |
|---|---|
| Principal | $3,937.02 |
| Interest through September 2, 2008 | $   387.02 |
| TOTAL AMOUNT DUE | $4,324.04 |

plus additional interest at 7.00% per annum to date of judgment, together with interest thereon at the rate of 2.17% per annum as provided for in Title 28 U.S.C. § 1961, as of the date of entry of judgment until paid in full and all future costs.

This     8th     day of      September                , 2008           .

                                    LARRY W. PROPES, CLERK

                                    BY   s/Angela Lewis
                                              Deputy-Clerk